UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| U.G.A. NUTRACEUTICALS, S.r.l., Plaintiff, v. DAVID MCMAHON d/b/a SOLANA HEALTH, Defendant. | Case No.: 3:17-CV-427-CAB-MDD **ORDER GRANTING JOINT MOTION TO DISMISS** [Doc. No. 28] |
|---|---|

Upon consideration of the parties' joint motion to dismiss, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. This lawsuit is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs, expenses, and attorneys' fees.

It is **SO ORDERED**.

Dated: September 7, 2017

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:17-CV-427-CAB-MDD